UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

M.S and B.K.,

                    Petitioner,

        v.

JULIO HERNANDEZ, et al.,

                    Respondent.

CASE NO. 2:26-cv-01985-BAT

**ORDER REGARDING
TEMPORARY RESTRAINING
ORDER AND MODIFYING
NOTICE REQUIREMENT DKT. 1.**

Petitioner requests a Temporary Restraining Order ("TRO"), if General Order 10-25 is inapplicable. The Court finds issuance of a TRO is presently not necessary but modifies the notice requirements set forth in General Order 10-25 in an abundance of caution as follows.

1.      The Court issued a scheduling order pursuant to General Order 10-25 which requires Respondents to provide Petitioners and their counsel at least 48 hours' notice, or 72 hours' notice for weekends, holidays, or days Court is closed, before Petitioner may be transferred from the district or removed.

2.      Petitioner contends given his status as a noncitizen subject to an order of removal, Respondents could execute a removal order and remove him at any moment. While Petitioner's concerns are legitimate, there is no indication the Court must issue a TRO because Respondents have not indicated removal or transfer is imminent. General Order 10-25 was promulgated to

ORDER REGARDING TEMPORARY
RESTRAINING ORDER AND MODIFYING
NOTICE REQUIREMENT DKT. 1. - 1

reduce the number of non-emergency motions for TRO and while Petitioner's situation may raise significant concerns there is no showing transfer or removal is imminent.

3.    Notwithstanding the General Order's notification requirements some petitioners have been transferred without proper notice due to miscommunication, failure to communicate, or because the matter just fell between the cracks. Accordingly, in an abundance of caution, and based upon the allegations Petitioner has made in this specific case, the Court **ORDERS**:

Accordingly, the Court **ORDERS**:

1.    The Court finds Petitioner's concerns fall under General Order 10-25 as there is no evidence Petitioner faces imminent transfer or removal, and a Temporary Restraining Order should not be ordered at this juncture.

2.    In an abundance of caution, the Court **MODIFIES** the scheduling order, Dkt. 3, and directs Respondents shall provide Petitioner and Petitioner's counsel with notice of at least 72 hours (and notice of 96 hours if the period goes into a weekend, holiday or date court is closed) before taking any action to remove or transfer Petitioner.

DATED this 9th day of June, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REGARDING TEMPORARY
RESTRAINING ORDER AND MODIFYING
NOTICE REQUIREMENT DKT. 1. - 2