UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

M.S and B.K.,

Petitioner,

v.

JULIO HERNANDEZ, et al.,

Respondent.

CASE NO. 2:26-cv-01985-BAT

**ORDER STRIKING MOTION FOR TRO AS MOOT, DKT. 29**

The Court strikes Petitioner M.S.'s motion for TRO, Dkt. 29, and finds and ORDERS:

1. Respondents contend Petitioner's motion for TRO is moot because the Court issued an order directing Respondents not to transfer Petitioner out of the district or remove him pending adjudication of this case. Dkt. 34 (referring to order at Dkt. 30). The Court has also issued an order denying Petitioner's motion to consolidate this action with an action pending before the Honorable James L. Robart, in which the Court reiterated Respondents are are prohibited from transferring Petitioner from the district or removing him pending further Court order.

2. Given Respondents' position that the motion for TRO is moot and the Court's two orders prohibiting transfer from the district or removal, the Court finds the motion for TRO, Dkt. 29, is moot and STRIKES the motion.

3. The Court's two orders prohibiting Respondents from transferring Petitioner or removing him stand and Respondents shall not transfer Petitioner or remove pending further Court order.

DATED this 26th day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge