UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M.S and B.K.,<br>Petitioner,<br>v.<br>JULIO HERNANDEZ, et al.,<br>Respondent. | CASE NO. 2:26-cv-01985-BAT<br>**ORDER RESETTING MOTION NOTING DATE, DKT. 27, AND DIRECTING STATUS REPORT** |

The Court ORDERS:

1. The Clerk shall renote Petitioner's motion to enforce, Dkt. 27, for **January 29, 2027**.

2. The parties shall file a status report by **January 25, 2027**, regarding the outcome of the adjudication by the U.S. Citizenship and Immigration Services ("USCIS") of the Form I-730 petition and its impact on Petitioner's immigration detention.

DATED this 24th day of November, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge